# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0430-01-CR-W-FJG |
| ) | |
| Peggy Collie, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On June 27, 2006, defendant filed a motion for determination of competency (Doc. #17) which was granted by Magistrate Judge John T. Maughmer (Doc. #21, July 13, 2006). Magistrate Judge Maughmer held a hearing regarding defendant's mental competency on December 14, 2006, at which time the parties stipulated to the forensic evaluation of Dr. John H. Wisner.

Magistrate Judge Maughmer issued a report and recommendation (Doc. #30), filed December 14, 2006, finding that defendant is competent to understand the nature and consequence of the proceedings against her and to properly assist in her defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against her and to properly assist in her own defense, and that she is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 1/17/07
Kansas City, Missouri